IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CV455 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARY B. JONES, | ) | DEFAULT JUDGMENT |
| Defendant. | ) | |

Application has been made by the Plaintiff in accordance with the provisions of Rule 55 of the Federal Rules of Civil Procedure for entry of default judgment against the Defendant, Mary B. Jones, for failing to appear, plead, or otherwise defend and a declaration having been filed by the Plaintiff setting forth the details of the Defendant's failure to appear, plead or defend; the sum certain due the Plaintiff, including costs; and the Plaintiff's belief that the Defendant is not in the military service of the United States of America, is not an infant and is not an incompetent person.

IT IS, THEREFORE, ORDERED that default judgment should be and hereby is entered in favor of the Plaintiff, United States of America, and against the Defendant, Mary B. Jones, in the sum of $7,083.62, together with interest thereon at 0.72 per cent per annum from the date of this judgment, until paid; plus costs in the amount of $600.10.

DATED this 5th day of March, 2009.

DENISE M. LUCKS, Clerk
United States District Court
for the District of Nebraska

By: _____
    Deputy Clerk